Amy Clemmons
Assistant Attorney General
1116 W Riverside Avenue
Spokane, WA 99201-1194
(509) 458-3545

Honorable Edward F. Shea

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY R. SCHMIDT, a single person,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON; WASHINGTON STATE PATROL; and DETECTIVE DAVE PSICHETT and JANE DOE PSICHETT, husband and wife and the community comprised thereof,<br><br>Defendants. | NO. CV-07-328-EFS<br><br>STIPULATION AND ORDER OF DISMISSAL |

### I.    STIPULATION

The Plaintiff RODNEY R. SCHMIDT and the Defendants STATE OF WASHINGTON; WASHINGTON STATE PATROL; and DETECTIVE

1  DAVE PSICHETT and JANE DOE PSICHETT hereby stipulate to the
2  dismissal with prejudice of Plaintiff's complaint and any claims which could
3  have been asserted therein against the Defendants. This dismissal is voluntarily
4  entered pursuant to FRCP 41(a)(1)(A)(ii). Plaintiff voluntarily dismisses all
5  claims he may have against these Defendants in exchange for Defendants'
6  agreement not to pursue costs relating to the dismissal. The Parties further
7  stipulate that the dismissal shall be without any award of costs or fees.
8  DATED this ___9___ day of March, 2009.

10  PHELPS & ASSOCIATES, P.S.    Robert M. McKenna
                                  Attorney General

12  _____    /s/ Amy Clemmons
    Douglas Phelps, WSBA #22620   Amy Clemmons, WSBA # 22997
    Attorney for Plaintiff        Attorneys for the Defendants
13  2903 N. Stout Road            Assistant Attorney General
    Spokane, WA 99206             1116 W. Riverside Avenue
14  (509) 892-0467                Spokane, WA 99201-1194
    (509) 921-0802–FAX            Telephone: (509) 458-3545
15  phelps@phelpslaw1.com         Fax: (509) 458-3548
                                  E-mail: Amy2C@atg.wa.gov

## II. ORDER

1

2  Based upon the stipulation of parties above, the Court hereby dismisses the

3  Plaintiff's complaint in its entirety with prejudice, without any award of costs or

4  fees.  This file shall be CLOSED.

5  DONE this __10th__ day of March, 2009.

                                                    s/ Edward F. Shea
6                                              _____

7                                              JUDGE EDWARD F. SHEA

8
Presented by:                                  Approved as to Form and
9  Robert M. McKenna                           Notice of Presentation Waived
   Attorney General                            PHELPS & ASSOCIATES, P.S.
10

11

12  _____/s/ Amy Clemmons_____              _____/s/ Douglas D. Phelps_____
    Amy Clemmons, WSBA # 22997                Douglas Phelps, WSBA #22620
13  Attorneys for the Defendants              Attorney for Plaintiff
    Assistant Attorney General                2903 N. Stout Road
14  1116 W. Riverside Avenue                  Spokane, WA 99206
    Spokane, WA 99201-1194                    (509) 892-0467
15  Telephone: (509) 458-3545                 (509) 921-0802–FAX
    Fax: (509) 458-3548                       phelps@phelpslaw1.com
16  E-mail: Amy2C@atg.wa.gov

17

18

19

20

21

22